FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 MAR 29 PM 1:40

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the Baltimore, Maryland

**(Edward A. Garmatz Courthouse)**

| | |
|---|---|
| OLABODE LEIGH ) | |
| v. ) | |
| STATE OF MARYLAND, ) | Case No. GLR-19-942 |
| DEPT. OF PUBLIC SAFETY AND ) | |
| CORRECTIONAL SERVICES, ) | |
| CRIMINAL INJURIES COMPENSATION BOARD ) | |
| 206 Plaza Office Center, 6776 Reisterstown Road, ) | |
| Baltimore, Maryland 21215-2340 ) | |

Defendant

COMPLAINT : The plaintiff, Mr. Olabode Leigh, state the following is true to the best of my knowledge and belief.

That the above named defendant, a department in the State of Maryland, which address is given above, awarded a claim in the amount of $4,898.67 to the plaintiff on April 15, 2015 and $8,718.87 for the payment of medical bills incurred by the plaintiff during an assault in Baltimore, Maryland on January 7, 2013. The total amount was $13,617.54, which has not been paid to the plaintiff, Mr. Olabode Leigh, the healthcare provider has been paid by the medical insurance the plaintiff purchased when he was a student at

-1-

Morgan State University, Baltimore Maryland, through the Federal Student Loan Scheme. As at March 10, 2019, the Federal Student Loan wants their money back, which is now $67,923.03, including the medical insurance used in paying the medical bills incurred during the assault of January 7, 2013, and all efforts to get State of Maryland, Dept. of Public Safety and Correctional Services, CICB(Criminal Injuries Compensation Board) in the address above to release the money/check for the payment of parts of the Federal Student Loan has proofed impossible . The plaintiff, Olabode Leigh, wants the Federal Court to help get the check/money awarded for the payment of medical bills to be paid for medical expenses which was over $17,336.41 but only $13,617.54 was approved for payment, from the State of Maryland, Department of Public Safety and Correctional Services, Criminal Injuries Compensation Board, and that the money is to offset part of the Federal Student Loan, and to deduct expenses incurred during court sessions fees / expenses .

The plaintiff / complainant, Mr. Olabode Leigh, hereby attaches to this complaint, copies of the supplemental award issued to Mr. Olabode Leigh by the State of Maryland, Criminal Injuries Compensation Board (CICB) a branch or section of the State of Maryland, Department of Public Safety and Correctional Services . Also attached are copies of Federal Student Loan papers showing the plaintiff name and amount owed as at March 10, 2019 .

This money from CICB is to pay only the medical insurance purchased by the plaintiff when he was a student at Morgan State University, Baltimore Maryland which was used to pay off most of the medical bills through the Commerce Benefits Group in March 2014 .

At a time, the UMMC(University of Maryland Medical Center) Physicians Associate, the health care provider, filed a law suit against the plaintiff, in which the State of Maryland CICB gave the plaintiff a letter to present in District Court for Baltimore City in Fayette's Street, Baltimore Maryland . Now, State of Maryland CICB is not releasing the money/check for the payment of the medical bills, all efforts to get them release the check/money has proved fruitless .

Respectfully submitted,

Olabode Leigh

Plaintiff

828 West Lombard Street Apt100A

Baltimore, Maryland 21201 .

P : 410-963-6105

03/29/2019